IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:99CR161 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARWIN E. SHAVERS, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the government's Motion to Dismiss Petition for Offender under Supervision (Filing No. 32). The government indicates that neither the defendant nor the Probation Office oppose this motion. For good cause shown, the motion will be granted.

IT IS ORDERED that the government's motion to dismiss is granted. The Petition for Offender Under Supervision (Filing No. 26), is hereby dismissed and the hearing previously scheduled for June 30, 2005, at 1:30 p.m., is canceled.

Dated this 29th day of June, 2005.

BY THE COURT:

**s/ Joseph F. Bataillon**
JOSEPH F. BATAILLON
United States District Judge