IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| VS. ) | 8:99CR161 |
| ) | |
| Darwin E. Shavers ) | |

Pursuant to a report from Senior U.S. Probation Officer Ronald L. Scheidt, Darwin E. Shavers has been in satisfactory compliance with the terms and conditions of supervised release. Although Mr. Shavers has a residual restitution balance, he has made a good faith effort to satisfy the restitution and has made payments commensurate with his ability to pay. Furthermore, the United States Attorney's office will continue to collect restitution.

As recommended by Senior U.S. Probation Officer Scheidt, interest on the remaining restitution balance is hereby waived.

It is ordered that the term of supervised release terminate, as scheduled, on December 18, 2006.

BY THE COURT,

Joseph F. Bataillon
Chief United States District Judge

DATE  12/8/06